**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AVETIS ATALARYAN,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, *et al*.,<br>Respondents. | Case No. 5:26-cv-06762-DMK<br><br>**ORDER GRANTING UNOPPOSED HABEAS PETITION** |

Petitioner Avetis Atalaryan, born in the former Soviet Union, has resided in the United States for 37 years. ECF 1 at ¶ 35. In 2013, Petitioner lost his lawful permanent resident status and was ordered removed because of a state law conviction involving multiple counts.[1] *Id.* at ¶¶ 2, 6. Because Petitioner could not be removed within the 90-day removal period, Petitioner was released on an order of supervision. *Id.* at ¶ 41.

On November 10, 2026, Petitioner was detained by Immigration and Customs Enforcement (ICE) at a scheduled check-in. *Id.* at ¶¶ 4, 36. It does not appear Petitioner was given any notice of revocation of his order of supervision or notice of changed circumstances relevant to his detention status or criminal record.

[1] The Petition does not specify the nature of the convictions.

*Id.* at ¶ 19. Petitioner has never violated his order of supervision. *Id.* Petitioner is currently detained at Adelanto ICE Processing Center. *Id.* at ¶ 12. Since his arrest, Petitioner has not been given a bond hearing. *Id.* at ¶ 20.

Through a counseled habeas petition, Petitioner alleges that his detention violates his statutory and constitutional rights. *See generally, id*.

Respondents have failed to oppose the Petitioner or to appear in this matter at all, despite notice and a briefing deadline that has since passed. Accordingly, the Court GRANTS the Petition.

IT IS HEREBY ORDERED that:

1) Respondents shall **RELEASE PETITIONER AVETIS ATALARYAN (A#028-139-730) FORTHWITH** on conditions of release no more restrictive than those in effect when he was most recently detained;

2) Respondents shall return to Petitioner at the time of his release all confiscated documents and possessions; and

3) Respondents shall file a notice of compliance within 72 hours.

Any application requesting costs and reasonable attorney's fees under the Equal Access to Justice Act shall be filed within 30 days of final judgment in this action. *See* 28 U.S.C. § 2412(d)(1)(B).

IT IS SO ORDERED.

DATED: November 20, 2026

HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE