**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AVETIS ATALARYAN,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, *et al*.,<br>Respondents. | Case No. 5:26-cv-06762-DMK<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall immediately release Petitioner Avetis Atalaryan (A# 028-139-730) from custody on conditions of release no more restrictive than those in effect when he was most recently detained, and immediately return any confiscated property and documents to Petitioner upon release. Respondents shall file a notice of compliance within 72 hours.

DATED: November 20, 2026

HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE